Danny J. Simon (SBN 276121)
LALCHANDANI SIMON PL
25 SE 2nd Ave., Suite 1050
Miami, FL 33131
danny@lslawpl.com
Telephone: (305) 999-5291
Facsimile: (305) 671-9282

Attorney for Person Alleged to be John Doe No. 6

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| PATRICK COLLINS, INC., a California corporation, | Case No. 8:12-cv-00977-JVS-RNB |
|---|---|
| Plaintiff, | Assigned to Hon. James V. Selna |
| v. | **JOHN DOE 6'S NOTICE OF INTERESTED PARTIES** |
| JOHN DOES 1 through 10, | |
| Defendant. | |

John Doe 6, by and through undersigned counsel, pursuant to Local Rule 7.1-1 hereby files this Notice of Interested Parties, and states as follows. John Doe 6 is not yet a party to this action. Moreover, because the relief sought by John Doe 6 in his/her for reconsideration/ to sever / to quash and for a protective order is the protection of his/her personal information, it would significantly impair John Doe 6's right to relief if he/she was required to provide such information to the Court.

Respectfully submitted,

LALCHANDANI SIMON PL

By: /s/ Daniel J. Simon

-1-

1  
2  
3  
4  
5  
6  

Danny Simon  
California Bar No.: 276121  
danny@lslawpl.com  
25 SE 2nd Ave., Suite 1050  
Miami, Florida 33131  
Tel:  (305) 999-5291  
Fax:  (305) 671-9282  
*Attorneys for John Doe 6*

7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document was served on all of those parties receiving electronic notification via the Court's CM/ECF electronic filing as of August 31, 2012.

By: /s/ Daniel J. Simon
Daniel J. Simon, Esq.