UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 12-977 JVS (RNBx) | Date | September 6, 2012 |
| Title | Patrick Collins, Inc. v. Does | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers)
**Order To Show Cause re Notice of Interested Parties**

      The Court is reviewed John Doe 6 Notice of Interested Parties.  John Doe 6 is directed to supplement the filing within in seven days with the actual names of all interested parties known to him.  Upon appropriate application, the filing may be made under seal.

      Without the information called for by Local Rule 7.1-1, the Court cannot determine if it has a conflict of interest or should otherwise recuse itself from a case.

      **If John Doe 6 continues to refuse to comply with the Local Rule 7.7-1, the Court will likely enter his default.  The Court sees no other practical way to assure the absence of any conflict.**

| | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | kjt | | |